382 A.2d 741

Carann Corporation v. Centrone, et al., Appellants.

Submitted March 24, 1977. Edward A. Savastio, for appellants; Max W. Gibbs and Sand, Gibbs, Marcu & Smilk, for appellee.

Order affirmed.

382 A.2d 741

Clark, et al., Appellants, v. Urich, et al.

Argued March 16, 1977. Howard B. Krug, with him Purcell and Nissley, for appellants; Craig A. Stone, with him Goldberg, Evans & Katzman, for appellees.

Order affirmed.

HOFFMAN, J., dissents and would reverse the refusal of the court below to open judgment.

SPAETH, J., dissents based on his dissenting opinion in *Lewis v. Reid,* 244 Pa.Superior Ct. 76, 366 A.2d 923 (1976).